**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROY STAFFORD**                                                              **PLAINTIFF**

**v.**                                                            **No. 4:09CV133-P-D**

**LAWRENCE KELLY, ET AL.**                                      **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the plaintiff's motion for a temporary restraining order or preliminary injunction is **DENIED.**

**SO ORDERED,** this the 26th day of February, 2010.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE