**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROY STAFFORD**                                                                                         **PLAINTIFF**

**v.**                                                                                         **NO. 4:09CV133-P-D**

**LAWRENCE KELLY, ET AL.**                                                                 **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 29, 2010, and the May 10, 2010, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1.     That the Report and Recommendation of the United States Magistrate Judge dated April 29, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.     That defendants Kelly, Sparkman, and Petrie are dismissed from this case with prejudice.

3.     That the plaintiff's complaints against the remaining defendants, Dr. Gloria Perry and Dr. James Burke, will **PROCEED.**

THIS, the 26th day of May, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE