**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

ROY STAFFORD                                                                                          PLAINTIFF

v.                                                                                            NO. 4:09CV133-P-D

LAWRENCE KELLY, ET AL.                                                                        DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 3, 2011, and the June 20, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 3, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the motions by the defendants for summary judgment are **GRANTED**.

3. That all of the plaintiff's claims against the defendants are **DISMISSED**.

4. That in light of this ruling, all other motions pending in this case are **DISMISSED** as moot.

5. That this case is **CLOSED**.

THIS, the 5th day of July, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE